IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETTE TEMPLE,<br><br>    Plaintiff,<br><br>  v.<br><br>RONNOCO PROPERTIES OF PLEASANTON, L.P.,<br><br>    Defendant.<br>                                  / | No. C 05-01406 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    The Court **DENIES** the parties' stipulation to continue the case management conference presently set for July 14, 2005, at 11:00 a.m.  Trial counsel shall please appear at the case management conference in person.

    **IT IS SO ORDERED.**

Dated: June 17, 2005.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE